**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-7421**

---

JIMMY GARFIELD DRIGGERS,

Plaintiff - Appellant,

versus

D. SMITH, Warden; M. GILLIGAN, Officer; E. O.
TRENT, Sergeant,

Defendants - Appellees,

and

KENNY HALL; OFFICER CAMPBELL,

Defendants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-96-1169-AM)

---

Submitted: February 26, 1998      Decided: March 18, 1998

---

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jimmy Garfield Driggers, Appellant Pro Se. Collin Jefferson Hite, SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Driggers v. Smith, No. CA-96-1169-AM (E.D. Va. Sept. 3, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED